# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  August 4, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

        Plaintiff

   -against-

David McCrone

        Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:21-cr-00463-UA-4

TO ALL PARTIES:

The Court has scheduled an arraignment on an indictment  for 8/12/2021 at 12 pm  before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  The questionnaire is located on the Court's website at https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated:  8/4/2021
       White Plains, New York

                                                 SO ORDERED:

                                                 s/        PED
                                                 _____

                                                 PAUL E. DAVISON
                                                 United States Magistrate Judge