UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
United States of America,

                                              **AMENDED SCHEDULING ORDER**

        -against-

                                                7:21-CR-00463 (CS) (4)

David McCrone,

                    Defendant(s).
------------------------------------------------------X

<u>Seibel, J.</u>

The previously scheduled Arraignment for **August 12, 2021 at 12:00 p.m**. is amended as follows: Defendant will be arraigned at 12:00 p.m. on August 12th before United States District Judge Cathy Seibel in Courtroom 621 at the Hon. Charles L. Brieant, Jr. Courthouse, 300 Quarropas Street, White Plains, New York 10601.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY Courthouse must complete a questionnaire and have his or her temperature taken. The Questionnaire is located on the Court's website at:

https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

      **SO ORDERED.**

Dated:  August 9, 2021
           White Plains, New York

                                                      _____
                                                         Cathy Seibel, U.S.D.J.