UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

                                                                        7:21-CR-00463 (CS) (4)

David McCrone,
                         Defendant.
-------------------------------------------------------------X

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above titled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated November 30, 2022, is approved and accepted.

        The Clerk of the Court is directed to enter the plea.

                                                        **SO ORDERED.**

Dated: December 1, 2022
        White Plains, New York

                                                             _____
                                                                 Cathy Seibel
                                                           United States District Judge